# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**TOUSSAINT DAVIS**,
    Plaintiff

          V.            **CASE NUMBER**:  9:07-CV-321 (GTS/DRH)

**WILLIAM CHAPPLE, Chief Deputy; DANIEL G. MIDDAUGH, Sheriff; DONALD R. NADLER, Commission of Corrections; ROBERT MYERS, Shift Commander; LT. GRIFFO, Shift Commander; KEVIN MILLER, Correctional Officer; BAMBURY, Correctional Officer; DONALD STOCK, Nurse Administrator; JANE DOE, Nurse; and HELEN HEIM, Grievance Coordinator**,
    Defendants.

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered dismissing  Donald R. Nadler as a defendant in this action pursuant to the Order of U.S. District Court Judge, Glenn T. Suddaby dated October 20, 2008.

October 20, 2008                                  *LAWRENCE K. BAERMAN*
DATE                                                CLERK

                                                            A. Hudson
                                                    (BY) DEPUTY CLERK